UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FELICE ROTHENBERG-SAPIRO,

                        Plaintiff,

    -against-

JPMORGAN CHASE BANK, N.A. and LULU STILES, individually,

                        Defendants.

Civil Action No.
1:13-cv-02409-DLI-JO

**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

---

       **IT IS HEREBY STIPULATED AND AGREED**, by and between attorneys for Plaintiff, Felice Rothenberg-Sapiro ("Plaintiff"), and Defendants, JPMorgan Chase Bank, N.A. and LuLu Stiles ("Defendants"), as follows:

       1) Defendants' time to answer, move or otherwise respond to the Complaint in the above-captioned action shall be extended, on consent, from July 31, 2013 to September 10, 2013.

       2) This is Defendants' first request for an extension.

       3) Defendants shall not raise a defense based upon service of process or personal jurisdiction.

       4) This Stipulation may be executed in counterparts and facsimile signatures shall have the same force and effect as originals.

DM2\3858511.1

Dated: New York, New York
July 26, 2013

**Duane Morris LLP**

By: ______________________
Joanna R. Varon
1540 Broadway
New York, NY 10036
(212) 692-1000
*Attorneys for Defendants*

**Leffler, Marcus & McCaffrey LLC**

By: ______________________
Brian McCaffrey
200 Madison Avenue -- Suite 1901
New York, NY 10016
(212) 489-8775
*Attorneys for Plaintiff*