UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

FELICE ROTHENBERG-SAPIRO,

Plaintiff,

vs.

JP MORGAN CHASE BANK, N.A. and LULU STILES, individually,

Defendants.

------------------------------------------------------------------ x

**13-cv-2409 (DLI) (JO)**

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants JP Morgan Chase Bank, N.A. and Lulu Stiles ("Defendants"), certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

**JPMorgan Chase & Co.**

Dated: September 10, 2013

/s/ Joanna R. Varon
Joanna R. Varon, Esq.
DUANE MORRIS LLP
Attorneys for Defendants
1540 Broadway
New York, New York 10036
(212) 692-1000