

**LEFFLER MARCUS & McCAFFREY LLC**
200 MADISON AVENUE, SUITE 1901
NEW YORK, NEW YORK 10016
T 212.447.7575    F 212.202.4229

**BRIAN McCAFFREY, ESQ**
DIRECT 212.489.8775
BMCCAFFREY@LMMLAWFIRM.COM

October 16, 2013

Magistrate Judge James Orenstein
225 Cadman Plaza East
Brooklyn, NY 11201
Chambers: Room 1227 South
Courtroom: 11D South
Telephone: (718) 613-2110
Courtroom Deputy: Alicia Guy (718) 613-2114
VIA ECF

RE:   *Felice Rothenberg-Sapiro  v JP MORGAN CHASE BANK and LULU STILES  13-cv-02409-DLI-JO*
*Consent Application to adjourn the  October 18, 2013 filing date for the Joint Pretrial Discovery Plan order and to adjourn the Initial Discovery Planning Conference Initial October 22, 2013 conference  two weeks  to November 1, 2013*

Dear Magistrate Judge Orenstein:

   I have  represent the Plaintiff  Ms. Felice Rothenberg - Sapiro  regarding  her claims relating to her termination from  her position as a Personal banker at    JPMorganChase.

   The Plaintiff requests on consent  that the date for the filing of the parties joint pretrial discovery order currently set for this Friday October 18, 2013 be extended two weeks to November 1, 2013 and that the initial discovery conference currently set for Tuesday October 22, 2013 be adjourned to Wednesday November 6 , 2013 at 11:30 am or any time that morning convenient to the Court due to a pre planned vacation of Plaintiff's counsel which renders counsel unavailable for said dates.

*Felice Rothenberg-Sapiro v JP MORGAN CHASE BANK and LULU STILES 13-cv-02409-DLI-JO*
*Consent Application to adjourn*
October 16, 2013
Page 2 of 2
Via ECF

In accordance with Paragraph II A (1) of this Court's Individual Practice Rules, Counsel states as follows:

(1) The original date for the filing of the joint discovery plan is October 18, 2013. The original date for the initial discovery conference was October 22, 2013 @11:30 a.m.

(2) There have been no previous requests for this extension.

(3) N/A as there were no previous requests for extension

(4) Defense counsel, Joanna R. Varon, Esq of Duane Morris LLP consents

(5) This request does not affect any other scheduled deadline.

Sincerely,

Brian McCaffrey, Esq.

cc. Joanna R. Varon
1540 Broadway
New York, NY 10036
(212) 692-1000
*Attorneys for Defendants*
*Via ecf*