UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FELICE ROTHENBERG-SAPIRO,

                Plaintiff,

    -against-

JPMORGAN CHASE BANK, N.A. and LULU STILES, individually,

                Defendants.

Civil Action No.
1:13-cv-02409-DLI-JO

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above captioned action that the action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without costs or fees to any party.

    IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be filed without any further notice with the Clerk of the Court. This Stipulation may be executed in counterparts and facsimile signatures will have the same force and effect as originals.

Dated: New York, New York
       March ~~February~~ __, 2014

| LEFFLER, MARCUS & MCCAFFREY LLC | DUANE MORRIS LLP |
|---|---|
| Brian McCaffrey, Esq.<br>200 Madison Avenue – Suite 1901<br>New York, New York 10016<br>(212) 447-7575 | Joanna R. Varon, Esq.<br>540 Broadway<br>New York, NY 10036<br>(212) 692-1057 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |